WILLIAM R. TAMAYO, REGIONAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT
350 EMBARCADERO, SUITE 500
SAN FRANCISCO, CA  94105-1260

JOHN F. STANLEY, SUPERVISORY TRIAL ATTORNEY
TERI HEALY, SENIOR TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA  98104
TEL: (206) 220-6916
FAX: (206) 220-6911
teri.healy@eeoc.gov

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GLACIER NORTHWEST, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br><br>COMPLAINT<br><br>JURY TRIAL DEMAND |

## JURISDICTION AND VENUE

This is an action under the Equal Pay Act of 1963 ("EPA"), to restrain the unlawful payment of wages to employees of one sex at rates less than the rates paid to employees of the

**COMPLAINT-** Page 1 of 5

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

opposite sex, and to collect back wages and other appropriate relief due to those employees as a result of such unlawful payments.

The Equal Employment Opportunity Commission ("EEOC," "Commission," or "Plaintiff") alleges that Glacier Northwest, Inc., pays its female Cement Terminal Operators at wage rates which are less than the rates paid to its male employees performing substantially equal work.  Plaintiff seeks monetary and injunctive relief, including back pay and liquidated damages, on behalf of Debra McMillan and Sara Faulkner.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is also authorized and instituted pursuant to Sections 16(c) and 17 of the Fair Labor Standards Act ("FLSA"), as amended, 29 U.S.C. §§ 216(c) and 217, to enforce the requirements of the EPA, codified as Section 6(d) of the FLSA, 29 U.S.C. §206(d).

2. The employment practices alleged to be unlawful were and are committed within the jurisdiction of the United States District Court for the Western District of Washington.

## PARTIES

3. Plaintiff, EEOC, is the agency of the United States of America charged with the administration, interpretation and enforcement of the EPA, and is expressly authorized to bring this action by Sections 16(c) and 17 of the FLSA, 29 U.S.C. §§ 216(c) and 217, as amended by Section 1 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and Public Law 98-532 (1984), 98 Stat. 2705.

4. At all relevant times, Defendant Employer has been a corporation doing business in the state of Washington and the city of Seattle.

5. At all relevant times, Defendant Employer has acted directly or indirectly as an employer in relation to employees and has continuously been an employer within the meaning of Section 3(d) of the FLSA, 29 U.S.C. §203(d).

**COMPLAINT-** Page 2 of 5

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

6.     At all relevant times, Defendant Employer has continuously been an enterprise engaged in commerce or in the production of goods for commerce within the meaning of Sections 3(r), and (s) of the FLSA, 29 U.S.C. §§ 203(r) and (s), in that said enterprise has continuously been an enterprise whose annual gross volume of sales made or business done is not less than $500,000.

### CONCILIATION

7.     Prior to institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance the EPA through informal methods of conciliation.

### STATEMENT OF CLAIMS

8.     More than thirty days prior to the institution of this lawsuit, Debra McMillan and Sara Faulkner filed a charge of discrimination with the Commission alleging violations of Title VII and the EPA by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

9.     Since at least September 28, 2004, Defendant Employer has violated Sections 6(d)(1) and 15(a)(2) of the FLSA, 29 U.S.C. §§ 206(d)(1) and 215(a)(2), by paying wages to Ms. Faulkner and Ms. McMillan as Cement Terminal Operators in Seattle, Washington a rate less than the rates paid to male Cement Terminal Operators in the same establishment for substantially equal work on jobs the performance of which requires equal skill, effort and responsibility, and which are performed under similar working conditions.

10.     As a result of the acts complained of in paragraph 10 above, Defendant Employer has unlawfully withheld and is continuing to withhold the payment of wages due to Ms. McMillan and Ms. Faulkner as Cement Terminal Operators.

11.     The unlawful employment practices complained of in paragraph 14 above were willful.

//

**COMPLAINT-** Page 3 of 5

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer and its officers, agents, successors, assigns, and all persons in active concert or participation with it, from discriminating within any of its establishments between employees on the basis of sex, by paying wages to employees of one sex at rates less than the rates at which it pays wages to employees of the opposite sex for substantially equal work on jobs the performance of which of requires equal skill, effort, and responsibility, and which are performed under similar working conditions.

B. Order Defendant Employer to institute and carry out policies, practices and programs which provide equal employment opportunities for females, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant Employer to make whole Sara Faulkner and Debra McMillan by paying them appropriate back wages, an equal sum as liquidated damages, and prejudgment interest as Cement Terminal Operators, in amounts to be proved at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices described in paragraphs 8-10, above.

D. Grant such further relief as the Court deems necessary and proper in the public interest.

E. Award the Commission its costs of this

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 28th day of September, 2007.

| | |
|---|---|
| WILLIAM R. TAMAYO<br>Regional Attorney | RONALD S. COOPER<br>General Counsel |

**COMPLAINT-** Page 4 of 5

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

1  JOHN F. STANLEY                              JAMES L. LEE
   Supervisory Trial Attorney                   Deputy General Counsel

2  TERI HEALY                                   GWENDOLYN Y. REAMS
3  Senior Trial Attorney                        Associate General Counsel

4  BY:   /s/ William R. Tamayo
   EQUAL EMPLOYMENT OPPORTUNITY
5  COMMISSION
   909 First Avenue, Suite 400                  Office of the General Counsel
6  Seattle, WA  98104-1061                      1801 "L" Street NW
   Telephone (206) 220-6859                     Washington, D.C. 20507
7   Facsimile (206) 220-6911

                          Attorneys for Plaintiff

COMPLAINT- Page 5 of 5

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882